UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| C. GUERRERO,<br><br>              Plaintiff,<br><br>   v.<br><br>R. DE LEON, ET AL.,<br><br>             Defendants. | ) EDCV 12-299-PA (SH)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. Section 636(b)(1)©, the court has reviewed the Second Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) dismissing the Second Amended Complaint without leave to amend, and; (3) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: November 15, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE