1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14
15  C. GUERRERO,                    ) EDCV 12-299-PA (SH)
                                    )
16                                  ) ORDER ADOPTING REPORT AND
                 Plaintiff,         ) RECOMMENDATION OF UNITED
17                                  ) STATES MAGISTRATE JUDGE
         v.                         )
18                                  )
    R. DE LEON, ET AL.,             )
19                                  )
                 Defendants.        )
20  _____)

21          Pursuant to 28 U.S.C. Section 636(b)(1)©, the court has reviewed the Second

22  Amended Complaint and other papers along with the attached Report and

23  Recommendation of the United States Magistrate Judge, and has made a de novo

24  determination of the Report and Recommendation.

25  ///

26  ///

27  ///

28

                                    1

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) dismissing the Second Amended Complaint without leave to amend, and; (3) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: November 15, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE