UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| C. GUERRERO, | ) EDCV 12-299-PA (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| R. DELEON, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed without leave to amend and the action is dismissed with prejudice.

DATED: November 15, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1